# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

RECEIVED
MONTVILLE, CT
2019 DEC 18 AM 10: 04

**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 70 Huntington Street, New London, CT 06320 | ( 860 )443-5363 | January | 28 | 2020 |
| | | Month | Day | Year |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) New London | Case type code *(See list on page 2)* Major: **T**   Minor: **90** |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Law Offices of Cicchiello and Cicchiello, LLC, 582 West Main Street, Norwich, CT 06360 | 419515 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 860 ) 886-9300 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☐ Yes ☒ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: **Missios, Beth** Address: **106 Sharp Hill Road, Uncasville, CT 06382** | P-01 |
| **Additional Plaintiff** | Name: Address: | P-02 |
| **First Defendant** | Name: **Town of Montville  c/o Katie Sandberg, Town Clerk** Address: **310 Norwich-New London Tpke, Room 5, Uncasville, CT 06382** | D-01 |
| **Additional Defendant** | Name: Address: | D-02 |
| **Additional Defendant** | Name: Address: | D-03 |
| **Additional Defendant** | Name: Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left **John E. Sheer, Esq.** | Date signed 12/13/2019 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date A TRUE COPY ATTEST LOUIS J. SULLIVAN CONNECTICUT STATE MARSHAL PLEASE CALL 860-886-5555 |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals

   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

---

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| **Contracts** | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| **Eminent Domain** | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| **Miscellaneous** | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| **Housing** | H 10 | Housing  - Return of Security Deposit |
| | H 12 | Housing  - Rent and/or Damages |
| | H 40 | Housing  - Audita Querela/Injunction |
| | H 50 | Housing  - Administrative Appeal |
| | H 60 | Housing  - Municipal Enforcement |
| | H 90 | Housing  - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| **Property** | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| **Torts (Other than Vehicular)** | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability – Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| **Vehicular Torts** | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| **Wills, Estates and Trusts** | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

RETURN DATE: JANUARY 28, 2020     :     SUPERIOR COURT

BETH MISSIOS     :     J. D. OF NEW LONDON

VS.     :     AT NEW LONDON

TOWN OF MONTVILLE     :     DECEMBER 13, 2019

<u>COMPLAINT</u>

<u>**FIRST COUNT:**</u>     <u>**Wrongful Termination (Disability) - General Statutes § 46a-60(b)(1)**</u>

1.    At all times mentioned herein, the **plaintiff, Beth Missios**, a female, was and is a resident of the Town of Uncasville, County of New London, and State of Connecticut.

2.    At all times mentioned herein, the **defendant, Town of Montville**, was and is a town of the State of Connecticut with its principal business address located at 310 Norwich New London Turnpike in Uncasville, Connecticut. At all times mentioned herein, the defendant employed at least 15 employees.

3.    On or about June 18, 2007, the plaintiff began working full time for the defendant. The plaintiff's last job title was administrative assistant in the Public Works Department.

4.    On or about June 8, 2018, the plaintiff suffered a work related injury to her right knee. This work injury was severe and resulted in extensive medical restrictions of her work activities.

5.    As a result of this work injury, the plaintiff utilized intermittent medical leave through the Family Medical Leave Act (FMLA) due to her physical disability. The plaintiff fulfilled all of her obligations for FMLA leave in a timely manner.

6.      As a result of this work injury, the plaintiff filed a claim for workers' compensation benefits on or about September 18, 2018 and otherwise exercised her rights under the Connecticut Workers' Compensation Act. The defendant denied the plaintiff's claim.

7.      The plaintiff performed all of the essential functions of her position in a satisfactory and capable manner throughout the term of her employment with the defendant.

8.      After suffering the aforementioned work injury, the plaintiff endured a course of discrimination by the defendant, its agents, servants, or employees because of plaintiff's gender and physical disability.  In particular, conduct discriminatory and harassing in nature against plaintiff by defendant, its agents, servants or employees consisted of the following:

      a.    On or about July 18, 2018, the plaintiff's physician provided the defendant with medical restrictions, essentially limiting plaintiff to being seated 90% of her work time.

      b.    The plaintiff's supervisors did not honor the work restrictions and frequently required the plaintiff to perform work duties that exceeded plaintiff's work restrictions. Since the defendant failed to accommodate the plaintiff's restrictions and medical treatment was denied and/or delayed due to the defendant's denial of the plaintiff's workers' compensation claim, the plaintiff was unable to return to work full time.

      c.    The defendant also began to raise performance issues with the plaintiff after plaintiff suffered her work injury and initiated a workers' compensation claim. These alleged performance issues were related to incidents

that occurred while the plaintiff was on medical leave.

d.    By letter dated December 12, 2018, the plaintiff was informed of her employment termination by Montville mayor, Ronald McDaniel. The state reason for termination was that the plaintiff had exhausted her personal leave time. This stated reason was false. The plaintiff's FMLA leave was not exhausted. The defendant failed to report plaintiff's FMLA leave accurately and failed to provide the plaintiff with required notices under the FMLA. Prior to receiving this letter, the plaintiff was never notified that her employment was in jeopardy.

e.    The plaintiff challenged the termination of employment, but received another letter from Mayor McDaniel. The letter stated that the plaintiff "created a significant hardship" to the Public Works Department. This new reason for termination was also false as the defendant treated male employees with medical restrictions more favorably than the plaintiff. One male employee, Brian Sargent, was out of work for nine months for medical reasons before the defendant allowed him to return to work.

9.    The defendant discriminated against plaintiff and discharged plaintiff's employment because of plaintiff's disability in violation of Connecticut General Statutes § 46a-60(b)(1).

10.    The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on September 26, 2019 and

the EEOC on October 24, 2019.

11.     As a proximate result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

12.     As a further result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

13.     As a further result of defendant's unlawful discrimination, the plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment and low self-esteem.

**COUNT TWO:**          **Violation of the Americans with Disabilities Act**

1-8.     Paragraphs one through eight of Count One are incorporated herein and made paragraphs one through eight of this Count Two as if fully set forth herein.

9.     The defendant discriminated against plaintiff and discharged plaintiff's employment because of her physical disability in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.

10.     The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on September 26, 2019 and the EEOC on October 24, 2019.

11.     As a proximate result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

12.     As a further result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

13.     As a further result of defendant's unlawful discrimination, the plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment and low self-esteem.

**COUNT THREE:**      **Violation of Connecticut General Statutes § 46a-60 (b)(1)**

1-8.     Paragraphs one through eight of Count One are incorporated herein and made paragraphs one through eight of this Count Three as if fully set forth herein.

9.     The defendant discriminated against plaintiff and terminated her employment for reasons associated with plaintiff's gender in violation of Connecticut General Statutes § 46a-60 (b)(1).

10.     The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on September 26, 2019 and the EEOC on October 24, 2019.

11.     As a proximate result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

12.     As a further result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

13.     As a further result of defendant's unlawful discrimination, the plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment and low self-esteem.

**COUNT FOUR:**          **Violation of Connecticut General Statutes § 31-290a**

1-8.     Paragraphs one through eight of Count One are incorporated herein and made paragraphs one through eight of this Count Four as if fully set forth herein.

9.     The defendant discriminated against plaintiff and terminated plaintiff's employment because the plaintiff filed a workers' compensation claim and otherwise asserted her rights under the Workers' Compensation Act in violation of Connecticut General Statutes § 31-290a.

10.     The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on September 26, 2019 and the EEOC on October 24, 2019.

11.     As a proximate result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

12.     As a further result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

13.     As a further result of defendant's unlawful discrimination, the plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment and low self-esteem.

**COUNT FIVE:**          **Violation of The Family Medical Leave Act (FMLA)**

1-8.     Paragraphs one through eight of Count One are incorporated herein and made paragraphs one through eight of this Count Four as if fully set forth herein.

9.     The defendant violated the plaintiff's rights under the Family Medical Leave Act in violation of 29 U.S.C. § 2615 (a)(2).

10.     The plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC), for her state and federal complaints and has exhausted all administrative remedies having received a Release of Jurisdiction from the CHRO on September 26, 2019 and the EEOC on October 24, 2019.

11.     As a proximate result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

12.     As a further result of defendant's unlawful discrimination, the plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through her employment.

13.     As a further result of defendant's unlawful discrimination, the plaintiff has suffered and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment and low self-esteem.

**WHEREFORE**, the plaintiff claims:

1.   Money damages;

2.   Attorney's fees and costs;

3.   Such other remedies as available under law and/or equity and as the Court deems

     appropriate;

4.   A trial by jury.

                              THE PLAINTIFF, BETH MISSIOS

                         BY_____
                              John E. Sheer
                              Lorenzo J. Cicchiello
                              Her Attorneys
                              Cicchiello & Cicchiello, LLC
                              582 West Main Street
                              Norwich, CT 06360
                              860.886.9300
                              Firm Juris # 419515

A TRUE COPY ATTEST
LOUIS J. SULLIVAN
CONNECTICUT STATE MARSHAL
PLEASE CALL 860-886-5555

RETURN DATE: JANUARY 28, 2020     :     SUPERIOR COURT

                                        :

BETH MISSIOS                   :     J. D. OF NEW LONDON

                                        :

VS.                             :     AT NEW LONDON

                                        :

TOWN OF MONTVILLE         :     DECEMBER 13, 2019

### STATEMENT OF AMOUNT OF DEMAND

The amount of demand for the above matter is greater than FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs and interest.

THE PLAINTIFF, BETH MISSIOS

BY _____

         John E. Sheer
         Lorenzo J. Cicchiello
         Her Attorneys
         Cicchiello & Cicchiello, LLC
         582 West Main Street
         Norwich, CT 06360
         860.886.9300
         Firm Juris # 419515



A TRUE COPY ATTEST
LOUIS J. SULLIVAN
CONNECTICUT STATE MARSHAL
PLEASE CALL 860-886-5555